THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEMPERATE PARADISE PROPERTIES, LLC, a Washington limited liability company, dba WATERWORKS MARINA,<br><br>Plaintiff,<br><br>v.<br><br>M/V DOG'S HOUSE, Official No. 1266706, its Engines, Machinery, Appurtenances, etc., *in rem*,<br><br>and<br><br>GORDON MYERS, *in personam*<br><br>Defendants. | CASE NO. C17-1582-JCC<br><br>ORDER AUTHORIZING ISSUANCE OF ARREST WARRANT |

This matter comes before the Court on Plaintiff's motion for an order authorizing issuance of arrest warrant (Dkt. No. 4). Having thoroughly considered the relevant record, the Court finds probable cause for arrest exists and hereby GRANTS the motion.

The Court ORDERS the Clerk of Court to issue a warrant for the arrest of the *in rem* defendant, M/V DOG'S HOUSE, Official Number 1266706, and its engines, machinery, appurtenances, etc.

//

1        DATED this 25th day of October 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE