THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEMPERATE PARADISE PROPERTIES, LLC, a Washington Limited Liability Company d/b/a WATERWORKS MARINA,<br><br>        Plaintiff,<br>   v.<br><br>M/V DOG'S HOUSE, Official Vessel No. 1266706 *in rem*,<br><br>   and<br><br>GORDON MYERS, *in personam*<br><br>        Defendants. | CASE NO. C17-1582-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's filing objecting to the arrest of his vessel M/V Dog's House, Official Vessel No. 1266706 (Dkt. No. 11). The Court construes this *pro se* Defendant's filing as a motion to stay the arrest of the aforementioned vessel. Local Admiralty Rule 116(b) provides that a person claiming interest in property for which an arrest warrant has been issued "shall be entitled to a hearing before a judicial officer on not less than

five day's written notice to the plaintiff." The Court finds that equities weigh in favor of granting a short stay to allow Defendant to request such a hearing. It is hereby ordered that the arrest of M/V Dog's House, Official Vessel No. 1266706 (Dkt. No. 7) is stayed until November 23, 2017.

DATED this 14th day of November.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER C17-1582-JCC
PAGE - 2