UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEMPERATE PARADISE PROPERTIES, LLC, a Washington Limited Liability Company d/b/a WATERWORKS MARINA,<br><br>Plaintiff,<br>v.<br><br>M/V DOG'S HOUSE, Official Vessel No. 1266706 *in rem*,<br><br>and<br><br>GORDON MYERS, *in personam*<br><br>Defendants. | CASE NO. C17-1582-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Gordon Myers's motion to challenge the Court's jurisdiction or, in the alternative, for a hearing (Dkt. No. 13). Plaintiff adequately pleads admiralty jurisdiction pursuant to 28 U.S.C. 1333, Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Therefore, Defendant's motion to challenge jurisdiction is DENIED.

Defendant claims an interest in the property at issue and objects to arrest of M/V Dog's House, Official Vessel No. 1266706. (Dkt. No. 13) He is entitled to be heard. LAR 116. Plaintiff is therefore DIRECTED to file a written response to Defendant's objection by **Wednesday, November 22, 2017** showing why an order vacating the arrest should not be granted. Plaintiff's response shall not exceed 12 pages. Defendant is DIRECTED to file a reply by **Monday, November 27, 2017.** Defendant's reply must not exceed six pages. Oral argument will not be taken. The Court will rule based on the filings.

Arrest of M/V Dog's House, Official Vessel No. 1266706 is STAYED until the Court rules on Defendant's objection.

DATED this 14th day of November.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk