UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEMPERATE PARADISE PROPERTIES, LLC, a Washington Limited Liability Company d/b/a WATERWORKS MARINA,<br><br>Plaintiff,<br><br>v.<br><br>M/V DOG'S HOUSE, Official Vessel No. 1266706 *in rem*,<br><br>and<br><br>GORDON MYERS, *in personam*,<br><br>Defendants. | CASE NO. C17-1582<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of pending settlement (Dkt. No. 18). Plaintiff is instructed to file either a stipulated order of dismissal or submit briefing to the Court to show cause why the current arrest warrant should not be quashed, by Friday, December 8, 2017.

//

MINUTE ORDER C17-1582
PAGE - 1

1 DATED this 4th day of December 2017.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER C17-1582
PAGE - 2