THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEMPERATE PARADISE PROPERTIES, LLC, a Washington Limited Liability Company d/b/a WATERWORKS MARINA,<br><br>                Plaintiff,<br>   v.<br><br>*M/V DOG'S HOUSE, Official Vessel No. 1266706 in rem*,<br><br>   and<br><br>GORDON MYERS, *in personam*,<br><br>                Defendants. | CASE NO. C17-1582-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The plaintiff has filed a notice of voluntary dismissal and proposed order (Dkt. No. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to STRIKE all pending motions and to CLOSE this case.

//

//

1       DATED this 11th day of December 2017

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-1582-JCC
PAGE - 2