UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEMPERATE PARADISE PROPERTIES, LLC, a Washington Limited Liability Company d/b/a WATERWORKS MARINA, <br><br> Plaintiff, <br><br> v. <br><br> M/V DOG'S HOUSE, Official Vessel No. 1266706 *in rem*, <br><br> and <br><br> GORDON MYERS, *in personam* <br><br> Defendants. | CASE NO. C17-1582-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court indefinitely stayed the arrest of M/V Dog's House, Official Vessel No. 1266706 in November 2017. (Dkt. No. 14.) The underlying action was subsequently dismissed without prejudice. (Dkt. No. 21.) The case is now CLOSED. The Court therefore now QUASHES the outstanding warrant and DIRECTS the U.S. Marshal Service to CLOSE this case.

1    DATED this 5th day of April.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1582-JCC
PAGE - 2